SALVATORE GUERRERA, Respondent, v ROBERT J. ZYSK, Appellant.

Submitted May 18, 2015; decided July 1, 2015

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the action within the meaning of the Constitution. Motion for a stay dismissed as academic.